■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS SEGUI, Appellant. [617 NYS2d 718] —Judgment, Supreme Court, Bronx County (Daniel Sullivan, J.), rendered July 1, 1992, convicting defendant, after a jury trial, of criminal possession of stolen property in the fourth degree, and sentencing him to a term of 2 to 4 years, unanimously affirmed.

Viewing the evidence in the light most favorable to the People, as we must *(People v Acosta,* 80 NY2d 665, 672), we find that the evidence was sufficient to establish defendant's guilt beyond a reasonable doubt.

Contrary to defendant's contention, destruction of 911 tapes, in the course of routine police procedure, does not have *Rosario* consequences when it does not prejudice defendant *(People v Hyde,* 172 AD2d 305, *lv denied* 78 NY2d 1077). Nevertheless, the court instructed the jury in *in limine,* as well as during final instructions, that the jury could consider the absence of a 911 tape in evaluating the testimony of the People's witnesses. Thus, the court did provide a sanction, albeit not the sanction requested by defendant *(compare, People v Schoolfield,* 196 AD2d 111, *lv denied* 83 NY2d 915). Since the nature of the sanction is committed to the trial court's sound discretion *(People v Martinez,* 71 NY2d 937, 940),

and the jury could have evaluated the appropriate rules on the basis of the entire charge *(People v Alvarez,* 198 AD2d 171, *lv denied* 83 NY2d 802), reversal is not warranted.

We have considered defendant's remaining contentions and find them without merit. Concur—Carro, J. P., Wallach, Kupferman, Ross and Williams, JJ.